FILED IN OPEN COURT
DATE 3/26/19
BY [signature] DEPUTY CLERK
DIVISION, W.D. of VA

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 7:19cr18 |
| | : |
| LINDA VO | : |

## AGREED STATEMENT OF FACTS

This Agreed Statement of Facts between the United States and the defendant, Linda Vo ("Vo"), briefly summarizes the facts and circumstances surrounding the criminal conduct at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. The Agreed Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

Beginning on a date unknown, but no later than sometime in 2017 and continuing to on or about August 13, 2018, in the Western District of Virginia, and elsewhere, the defendant, LINDA VO, did knowingly and intentionally combine, conspire, confederate, and agree with others, to possess with intent to distribute and to distribute illegal narcotic controlled substances, including methamphetamine, crack cocaine and heroin.

Vo started distributing crack cocaine for Co-Conspirator One in the Roanoke Valley sometime in 2016 or 2017. At first, Vo made deliveries of crack cocaine or picked up drug

money on behalf of Co-Conspirator One. Vo eventually developed her own regular customers that she supplied with crack cocaine obtained from Co-Conspirator One. Vo frequently got crack cocaine from Co-Conspirator One on credit. Vo also made deliveries of methamphetamine and heroin on behalf of Co-Conspirator One, and she collected money from Co-Conspirator One's methamphetamine and heroin customers.

On August 13, 2018, Co-Conspirator One asked Vo to transport a large amount of methamphetamine to a customer located in the Afton, Virginia area. Vo agreed to drive the car containing the Methamphetamine accompanied by Co-Conspirator Two. While driving north on I-81 in Augusta County, Virginia, police officers stopped Vo for driving without a valid driver's license. The officers subsequently recovered almost two kilograms of methamphetamine from two plastic zip lock bags located in the trunk of Vo's car. A chemical analysis conducted on August 30, 2018, by a Forensic Chemist at the Drug Enforcement Administration Mid-Atlantic Laboratory determined that the two plastic zip lock bags recovered from the trunk of Vo's car contained a total of 1,938.9 grams of 95% pure methamphetamine or 1884.7 grams of pure methamphetamine.

Seen and Agreed:

Date: February 12, 2019

_____
Stephen J. Pfleger
Assistant United States Attorney

_____
Kari Munro
Assistant United States Attorney

I have reviewed the above Agreed Statement of Facts with my attorney and I agree that it is true and accurate.

Date: February 1, 2019

_____
Linda Vo

_____
Jim Turk, Esq.
Attorney for Defendant