IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 7:19-cr-00018 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| LINDA VO ) | United States District Judge |

**ORDER TO RESPOND**

Defendant Linda Vo, proceeding pro se, filed an emergency motion for reduction in sentence based on the current COVID-19 pandemic. (Dkt. No. 23.) She seeks a reduction pursuant to the Fifth and Eighth Amendments and 18 U.S.C. § 3582(c). On August 3, 2020, pursuant to Standing Order 2019-1, the court appointed the Federal Public Defender to represent Vo.

The Federal Public Defender is hereby ORDERED to file any supplement to Vo's motion within seven (7) days of this order. Following the filing of any supplement by the Federal Public Defender or the expiration of the time for such supplemental filing, the government will have seven (7) days to respond to any briefing filed by or on behalf of the defendant. Any further filing on behalf of Vo is due no later than five (5) days after the government's response.

The clerk is directed to provide notice of this order to the defendant, the Federal Public Defender, and counsel for the United States.

Entered: August 4, 2020.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge