IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 7:19CR00018 |
| | ) | |
| | ) | |
| LINDA VO | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Donald R. Pender, Esq., Assistant Federal Public Defender, hereby notes his appearance as counsel for Defendant, LINDA VO, in this matter.

                                          Respectfully submitted,

                                          s/ Donald R. Pender
                                          Donald R. Pender, Esq.
                                          N.C. Bar No.: 48004
                                          Assistant Federal Public Defender
                                          Office of the Federal Public Defender
                                          401 E. Market Street, Ste 106
                                          Charlottesville, VA 22902
                                          Ph. (434) 220-3392
                                          Fax (434) 220-3390
                                          Don_Pender@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                    s/ Donald R. Pender

                                      Assistant Federal Public Defender
                                      Office of the Federal Public Defender
                                      401 E. Market Street, Suite 106
                                      Charlottesville, VA  22902
                                      Ph. (434) 220-3392
                                      Fax (434) 220-3390