```
 BECL2  535.03 *            INMATE PROFILE             *     08-04-2020
PAGE 001                                                      12:03:43
           22328-084          REG
REGNO: 22328-084              FUNCTION: PRT DOB/AGE.:            / 26
NAME..: VO, LINDA                       R/S/ETH.: A/F/O    WALSH: NO
RSP..: HAF-HAZELTON FCI                 MILEAGE.: 164 MILES
PHONE: 304-379-1500       FAX: 304-379-1531
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE     FBI NO..:
 PROJ REL DATE..: 07-02-2028                    INS NO..:
 PAR ELIG DATE..: N/A                           SSN.....:
 PAR HEAR DATE..:              PSYCH: NO    DETAINER: NO    CMC..: NO
OFFN/CHG RMKS: DVAW719CR000018-001/21:846 CONSPIRACY TO POSS WITD 50GM OR MOR
OFFN/CHG RMKS: METHAMPHETAMINE;21:841 PWITD A CONTROLL SUBST/138MOS/5YR SRT
    FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
    HAF  ADM-REL    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-16-2019 1832
    HAF  CARE LEVEL CARE1       HEALTHY OR SIMPLE CHRONIC CARE 07-19-2019 0634
    HAF  CARE LEVEL CARE1-MH                                   07-18-2019 0832
    HAF  COR COUNSL W CCC J2    F VANKIRK, 5542                07-16-2019 1832
    HAF  CASE MGT   BIR CERT N  BIRTH CERTIFICATE - NO         07-27-2019 0842
    HAF  CASE MGT   DEPEND N    DEPENDENTS UNDER 21 - NO       07-27-2019 0842
    HAF  CASE MGT   PHOTO ID N  PHOTO ID - NO                  07-27-2019 0842
    HAF  CASE MGT   RPP NEEDS   RELEASE PREP PGM NEEDS         07-27-2019 0832
    HAF  CASE MGT   RPP UNT C   RELEASE PREP UNIT PGM COMPLETE 07-27-2019 0832
    HAF  CASE MGT   SSN CARD N  SOCIAL SECURITY CARD - NO      07-27-2019 0842
    HAF  CASE MGT   VET P/S N   PARENT/SPOUSE VETERAN - NO     07-27-2019 0842
    HAF  CASE MGT   VETERAN N   VETERAN - NO                   07-27-2019 0842
    HAF  CASE MGT   V94 CDA913  V94 CURR DRG TRAF ON/AFT 91394 07-27-2019 0832
    HAF  CASE MGT   WA NO HIST  NO WALSH ACT OFFENSE HISTORY   06-13-2019 1340
    HAF  CASEWORKER W CSW J2    C CRUTCHMAN, EXT 5543          07-16-2019 1832
    HAF  CUSTODY    IN          IN CUSTODY                     06-13-2019 1339
    HAF  DRUG PGMS  ED PART R   DRUG EDUCATION PARTICIPNT-REQD 07-28-2020 1507
    HAF  DESIG/SENT FOXTROT     TEAM FOXTROT                   06-13-2019 1340
    HAF  DESIG/SENT FVAW YES    FVAW-FULLY COMPLIED W/JUD REC  06-14-2019 1102
    HAF  EDUCATION  GED0730 A   ADV GED:0730-900 R123 (M-F)    12-02-2019 0001
    HAF  EDUCATION  SFFBSCMATH  ACE: BASIC MATH                02-18-2020 1819
    HAF  EDUC INFO  ESL HAS     ENGLISH PROFICIENT             07-19-2019 0927
    HAF  EDUC INFO  GED EN      ENROLL GED NON-PROMOTABLE      07-19-2019 0927
    HAF  FIN RESP   PART        FINANC RESP-PARTICIPATES       02-12-2020 1350
    HAF  FIRST STEP FTC ELIG    FTC-ELIGIBLE - REVIEWED        12-07-2019 1226
    HAF  FIRST STEP N-DYSLEX N                                 07-23-2020 1357
    HAF  FIRST STEP N-WORK Y    NEED - WORK YES                07-23-2020 1357
    HAF  FIRST STEP R-HI        HIGH RISK RECIDIVISM LEVEL     07-10-2020 1158
    HAF  LEVEL      LOW         SECURITY CLASSIFICATION LOW    06-13-2019 1456
    HAF  MED DY ST  MED HOLD    MEDICAL HOLD - DO NOT TRANSFER 03-06-2020 1145
    HAF  MED DY ST  REG DUTY    NO MEDICAL RESTR--REGULAR DUTY 07-19-2019 0742
    HAF  MED DY ST  YES F/S     CLEARED FOR FOOD SERVICE       07-19-2019 0745
    HAF  PGM REVIEW DEC         DECEMBER PROGRAM REVIEW        12-01-2020 1355
    HAF  PSYCH TRMT RSW WAIT    RESOLVE WORKSHOP WAITING       07-29-2019 0804
    HAF  QUARTERS   J14-227U    HOUSE J/RANGE 14/BED 227U      03-30-2020 1202
    HAF  RELIGION   PROTESTANT  PROTESTANT                     02-20-2020 1149
    HAF  UNIT       J           J. HANSON, EXT 5547            07-16-2019 1832
    HAF  WAITNG LST DYS CMP                                    01-10-2020 0857
    HAF  WRK DETAIL W J2 ORD    SFF J2 UNIT ORDERLY            03-17-2020 1424

 G0002      MORE PAGES TO FOLLOW . . .
```

**Ex. A**

```
 BECL2  535.03 *            INMATE PROFILE            *     08-04-2020
PAGE 002 OF 002                                              12:03:43
            22328-084          REG
REGNO: 22328-084          FUNCTION: PRT DOB/AGE.: ▓▓▓▓▓▓▓ / 26
NAME.: VO, LINDA                           R/S/ETH.: A/F/O    WALSH: NO
RSP..: HAF-HAZELTON FCI                    MILEAGE.: 164 MILES
PHONE: 304-379-1500      FAX: 304-379-1531
    FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - - EFF DATE   TIME
    HAF  WASPB      GR FOND P  GR FOUNDATION PART          03-11-2020 1411
    HAF  WASPB      GR WIWP W  GR WOMN IN WRKPLCE WAIT     01-28-2020 1439
    HAF  WASPB      PAR ONEP   PHASE ONE PART              04-28-2020 1153




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```