```
 BECL2   540*23  *            SENTENCE MONITORING           *     08-04-2020
 PAGE 001         *             COMPUTATION DATA            *     12:04:47
                                 AS OF 08-04-2020


REGNO..: 22328-084 NAME: VO, LINDA


FBI NO...........: 441560RD1              DATE OF BIRTH:            AGE:  26
ARS1.............: HAF/A-DES
UNIT.............: J                      QUARTERS.....: J14-227U
DETAINERS........: NO                     NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 01-02-2028

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-02-2028 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: VIRGINIA, WESTERN DISTRICT
DOCKET NUMBER...................: DVAW719CR000018-001
JUDGE...........................: DILLON
DATE SENTENCED/PROBATION IMPOSED: 06-07-2019
DATE COMMITTED..................: 07-16-2019
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $200.00        $00.00         $250.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846&841(B)(1)(A) CONSPIRACY TO POSSESS WITH INTENT TO
         DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE(CT1) 21:841(A)
         (1)& 841(B)(1)(A) POSSESSION WITH INTENT TO DISTRIBUTE A
         CONTROLLED SUBSTANCE(CT2)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    138 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 08-13-2018




G0002         MORE PAGES TO FOLLOW . . .
```

Ex. B

```
 BECL2   540*23 *          SENTENCE MONITORING              *      08-04-2020
PAGE 002 OF 002 *            COMPUTATION DATA               *      12:04:47
                             AS OF 08-04-2020

REGNO..: 22328-084 NAME: VO, LINDA


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-12-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-12-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-07-2019
TOTAL TERM IN EFFECT............:    138 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     11 YEARS      6 MONTHS
EARLIEST DATE OF OFFENSE........: 08-13-2018

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    08-13-2018   08-26-2018
                                    09-27-2018   06-06-2019

TOTAL PRIOR CREDIT TIME.........: 267
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 620
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 07-02-2028
TWO THIRDS DATE.................: 05-15-2026
EXPIRATION FULL TERM DATE.......: 03-14-2030
TIME SERVED.....................:      1 YEARS     10 MONTHS     23 DAYS
PERCENTAGE OF FULL TERM SERVED..:   16.4
PERCENT OF STATUTORY TERM SERVED:   19.3

PROJECTED SATISFACTION DATE.....: 07-02-2028
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```