**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:19-cr-00018 |
| ) | |
| LINDA VO, ) | |
| ) | |
| Defendant. ) | |

# EXHIBIT C

# Disciplinary Record

This document withheld from e-filing pending ruling on Motion to Seal filed August 18, 2020