**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 7:19-cr-00018 |
| | ) |
| LINDA VO, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT D

# Email

This document withheld from e-filing pending ruling on Motion to Seal filed August 18, 2020