IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 7:19-cr-00018 |
| v. ) | |
| ) | |
| ) | |
| LINDA VO ) | |

## UNITED STATES' MOTION TO SEAL

The United States, by counsel and pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, hereby moves to file Exhibits C, D, and E to its Response in Opposition to Motion for Compassionate Release, ECF No. 28, under seal. In support of such motion, the Government states that the specified exhibits contain the defendant's medical and related personal and confidential information. Accordingly, no alternative to sealing would be adequate.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date: August 18, 2020

/s/Kari Munro
Assistant United States Attorney
Va. Bar No. 65770
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
Tel. (540) 857-2250
Fax (540) 857-2614
Email: kari.munro@usdoj.gov

Case 7:19-cr-00018-EKD   Document 29   Filed 08/18/20   Page 2 of 2   Pageid#: 147

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, I electronically filed the foregoing Motion to Seal with the Clerk of the Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/Kari Munro
Kari Munro
Assistant United States Attorney